UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| KAPICA, LINDA A | ) | Case No. 05-00664-JPC |
| | ) | |
| Debtor(s). | ) | Hon. JACQUELINE P. COX |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment
of Property by the Trustee**

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:   UNITED STATES BANKRUPTCY COURT, 219 SOUTH DEARBORN, COURTROOM 619, CHICAGO, IL  60604

    On: **November 27, 2007**          Time: **9:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    Receipts                                                                                                       $52,598.52

    Disbursements                                                                                            $2,000.00

    Net Cash Available for Distribution                                                       $50,598.52

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| PHILIP V. MARTINO  *Trustee Compensation* | $0.00 | $3,712.62 | $0.00 |
| DLA PIPER US LLP | $0.00 | $16,749.00 | $1,172.58 |

*Attorney for Trustee*

<u>POPOWCER KATTED LTD</u>                                    $0.00              $960.00              $0.00
*Accountant for Trustee*

<u>SANDRA HASWELL</u>                                         $2,000.00          $0.00                $0.00
*Realtor for Trustee*

5.  Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| <u>Applicant</u> | Compensation<br><u>Previously Paid</u> | Fees Now<br><u>Requested</u> | <u>Expenses</u> |
|---|---|---|---|

6.  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $<u>0.00</u> must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.0000% .

Allowed priority claims are:

| <u>Claim Number</u> | <u>Claimant</u> | Allowed<br><u>Amount of Claim</u> | <u>Proposed Payment</u> |
|---|---|---|---|

7.  Claims of general unsecured creditors totaling $27,762.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 100.8700% plus 2.8200% interest.

Allowed general unsecured claims are as follows:

| <u>Claim Number</u> | <u>Claimant</u> | <u>Amount of Claim</u> | <u>Proposed Payment</u> |
|---|---|---|---|
|  | Kapica, Linda A | $22,972.31 | $22,972.31 |
| 000001 | Portfolio Recovery Associates, Llc | $2,510.93 | $2,637.80 |
| 000002 | B-Line, Llc/Collect America/Aspire | $2,279.05 | $2,394.21 |

8.  Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the CLERK OF THE COURT, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor(s) has been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| NONE | $ |

Dated: **October 24, 2007**                For the Court,

                                By:   **KENNETH S. GARDNER**
                                      CLERK OF THE COURT

Trustee:    Philip V. Martino
Address:    203 North Lasalle Street
            Suite 1800
            Chicago, IL  60601
Phone No.:  (312) 368-2165

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7                  Page 1 of 1                  Date Rcvd: Oct 24, 2007
Case: 05-00664                 Form ID: pdf002              Total Served: 17

The following entities were served by first class mail on Oct 26, 2007.
db           +Linda A Kapica,    1936 Ash Street,    Des Plaines, IL 60018-2944
aty          +Colleen E McManus,    DLA Piper US LLP,    203 N LaSalle Street,    Suite 1900,
               Chicago, IL 60601-1263
aty          +Eric E Walker,    DLA Piper US LLP,    203 N LaSalle Street Suite 1900,    Chicago, IL 60601-1263
aty          +Joseph P Dowd,    701 Lee St Ste 790,    Des Plaines, IL 60016-4552
tr           +Philip V Martino, ESQ,    DLA Piper Rudnick Gray Cary US LLP,    203 N Lasalle St Ste 1800,
               Chicago, IL 60601-1264
8835948       Alexander E. Kapica,    Bayneuther Str 3,    Bungobergach, Germany,
8835949      +Aspire Visa,    PO Box 23007,    Columbus, GA 31902-3007
8835950      +Capital One,    PO Box 25131,    Richmond, VA 23276-0001
8835951      +Direct Merchants Bank,    PO Box 17036,    Baltimore, MD 21297-1036
8835952      +First North American National Bank,    PO Box 42364,    Richmond, VA 23242-2364
8835946      +Kapica Linda A,    1936 Ash Street,    Des Plaines, IL 60018-2944
8835953      +Kaplan & Chaet LLC,    5215 Old Orchard Rd.,    Skokie, IL 60077-1035
10859733     +Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541-1067
8835954      +Providian Financial,    PO Box 600490,    Dallas, TX 75360-0490
8835955      +Richard W. Kapica,    1936 Ash Street,    Des Plaines, IL 60018-2944
8835956      +Wayne A. Kapica,    1936 Ash St.,    Des Plaines, IL 60018-2944
The following entities were served by electronic transmission on Oct 25, 2007.
10929552     +E-mail/PDF: B-LinellcBNCNotifications@blinellc.com Oct 25 2007 04:32:04
               B-Line, LLC/Collect America/ASPIRE,    Mail Stop 550,    2101 Fourth Ave., Suite 1030,
               Seattle, WA 98121-2317
                                                                                                TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Philip V Martino, ESQ,    DLA Piper Rudnick Gray Cary US LLP,    203 N Lasalle St Ste 1800,
               Chicago, IL 60601-1264
8835947*     +Joseph P Dowd,    701 Lee Street Suite 790,    Des Plaines, IL 60016-4552
                                                                                               TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 26, 2007**          **Signature:** _Joseph Speetjens_