UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | CHAPTER 7 CASE |
| KAPICA, LINDA A ) | |
| ) | |
| ) | CASE NO. 05-00664-JPC |
| ) | |
| ) | |
| Debtor(s). ) | Hon. JACQUELINE P. COX |

**TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE**

To: THE HONORABLE JACQUELINE P. COX
BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A".

All checks have been cashed. Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit "B". Form 2 also reflects a net total balance of zero for this estate.

The Trustee certifies that the estate has been fully administered, requests that he/she be discharged, and the case closed pursuant to 11 U.S.C. §350.

| | |
|---|---|
| 1/14/08 | /s/ Philip V. Martino |
| DATE | Philip V. Martino, Trustee |

CHGO1\31137626.1

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| KAPICA, LINDA A | ) | Case No. 05-00664-JPC |
| | ) | |
| Debtor(s). | ) | Hon. JACQUELINE P. COX |

**PROPOSED DISTRIBUTION REPORT**

I, PHILIP V. MARTINO, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $22,594.20 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $4,789.98 |
| Interest (726(a)(5)): | $242.03 |
| Surplus to Debtor (726(a)(6)): | $23,201.42 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$50,827.63** |

## REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $24,594.20 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Philip V. Martino Trustee Compensation | $3,712.62 | $3,712.62 |
| | Dla Piper Us Llp Attorney for Trustee Fees | $16,749.00 | $16,749.00 |
| | Dla Piper Us Llp Attorney for Trustee Expenses | $1,172.58 | $1,172.58 |
| | Popowcer Katted Ltd Accountant for Trustee Fees | $960.00 | $960.00 |
| | Sandra Haswell Realtor for Trustee Fees | $2,000.00 | $0.00 |
| | **CLASS TOTALS** | **$24,594.20** | **$22,594.20** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $10,000 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 4,789.98 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000002 | B-Line, Llc/Collect America/Aspire Tardy General Unsecured 726 | $2,279.05 | $2,279.05 |
| 000001 | Portfolio Recovery Associates, Llc Tardy General Unsecured 726 | $2,510.93 | $2,510.93 |
| | **CLASS TOTALS** | **$4,789.98** | **$4,789.98** |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 4,789.98 | 2.82 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000002 | B-Line, Llc/Collect America/Aspire Tardy General Unsecured 726 | $2,279.05 | $115.16 |
| 000001 | Portfolio Recovery Associates, Llc Tardy General Unsecured 726 | $2,510.93 | $126.87 |

|  | CLASS TOTALS | $4,789.98 | $242.03 |
|---|---|---|---|
| **16. TYPE OF CLAIMS** | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
| §726(a)(6) - Surplus to Debtor | | $ 23,201.42 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
|  | Kapica, Linda A Surplus Funds Paid to Debtor 726 | $23,201.42 | $23,201.42 |
|  | CLASS TOTALS | $23,201.42 | $23,201.42 |
| **17. TYPE OF CLAIMS** | | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND %** |
| §506 - Secured Claims | | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED:        11/29/07                    /s/ Philip V. Martino
                                          Philip V. Martino, Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| KAPICA, LINDA A | ) | Case No. 05-00664-JPC |
| | ) | |
| Debtor(s). | ) | Hon. JACQUELINE P. COX |

### Order Awarding Compensation And Expenses

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows;

| | | |
|---|---|---|
| 1. | Trustee's compensation | $3,719.06 |
| 2. | Trustee's expenses | $0.00 |
| | TOTAL | $3,719.06 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this 2 7 NOV 2007 day of _____ Jacqueline P. Cox

ENTERED: _____ J. Cox
UNITED STATES BANKRUPTCY JUDGE

FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | Chapter 7 Case |
| ) | |
| LINDA A. KAPICA, ) | Case No. 05-00664 |
| ) | |
| Debtor. ) | Honorable Jacqueline P. Cox |
| ) | Hearing Date: October 10, 2006 |
| ) | beginning at 9:30 a.m. |

## ORDER ALLOWING FIRST AND FINAL COMPENSATION AND REIMBURSEMENT OF COSTS AND EXPENSES OF DLA PIPER US LLP, TRUSTEE'S ATTORNEY

This cause coming to be heard on DLA Piper's First and Final Fee Application (the "Application"), proper notice having been given, the Court having heard the statements of counsel present, and being fully advised in the premises, the Court hereby enters the following FINDINGS:

1. That in the Application, DLA Piper sought the allowance of $16,749.00 for 57.3 hours of actual, necessary and valuable professional services rendered to the Trustee from April 13, 2005 through the end of the bankruptcy;

2. That in the Application DLA Piper sought the allowance of reimbursement in the amount of $1,172.58 as its actual and necessary expenses incurred or accrued in connection with such services;

NOW, THEREFORE, IT IS HEREBY ORDERED:

A. That the Court allows $ _16,749_ for compensation to DLA Piper for actual, necessary and valuable professional services rendered to the Trustee from April 13, 2005 through the end of the bankruptcy;

CHGO1\30890502.1

2

B.   The that Court allows $ 1172.58 for reimbursement to DLA Piper for actual and necessary expenses incurred in connection therewith; and

C.   This matter is a core proceeding and this order is effective immediately.

Dated: **27 NOV 2007**

ENTERED:   *Jacqueline P. Cox*

J. Cox
_____
Jacqueline P. Cox
United States Bankruptcy Judge

CH\01\30890592.1                              3

05-00664:38.2:Application for Compensation:Proposed Order Entered: 10/9/2007 10:56:46 AM by:Philip Martino Page 1 of 1

## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| KAPICA, LINDA A | ) | Case No. 05-00664-JPC |
| | ) | |
| Debtor(s). | ) | Hon. JACQUELINE P. COX |

### Order Awarding Compensation And Expenses

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS ORDERED that the request for compensation by Popowcer Katten, Ltd., as accountant for Trustee, is allowed as follows:

| | | |
|---|---|---|
| a. | Compensation | $960.00 |
| b. | Expenses | $0.00 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this 27th day of Nov., 2007

ENTERED: J. Cox  Jacqueline P. Cox
UNITED STATES BANKRUPTCY JUDGE

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 05-00664 -JPC |
| --- | --- |
| Case Name: | KAPICA, LINDA A |
| Taxpayer ID No: | 75-6800496 |
| For Period Ending: | 01/07/08 |

| Trustee Name: | PHILIP V. MARTINO |
| --- | --- |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5958 BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 11/26/07 | | Transfer from Acct #*******5783 | Transfer In From MMA Account | | | | | 50,827.63 | 50,827.63 |
| 12/03/07 | 003001 | PHILIP V. MARTINO<br>203 NORTH LASALLE STREET<br>SUITE 1800<br>CHICAGO, IL 60601 | Chapter 7 Compensation/Fees | | | 3,712.62 | | | 47,115.01 |
| 12/03/07 | 003002 | DLA Piper US LLP | | | | 17,921.58 | | | 29,193.43 |
| 12/03/07 | 003003 | Popowcer Katted LTD | | | | 960.00 | | | 28,233.43 |
| 12/03/07 | 003004 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 | Claim 000001, Payment 105.05271% | | | 2,637.80 | | | 25,595.63 |
| 12/03/07 | 003005 | B-Line, LLC/Collect America/ASPIRE<br>Mail Stop 550<br>2101 Fourth Ave., Suite 1030<br>Seattle, WA 98121 | Claim 000002, Payment 105.05298% | | | 2,394.21 | | | 23,201.42 |
| 12/03/07 | 003006 | KAPICA, LINDA A<br>1936 ASH ST<br>DES PLAINES, IL 60018-2944 | Surplus Funds | | | 23,201.42 | | | 0.00 |

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 05-00664 -JPC |
| Case Name: | KAPICA, LINDA A |
| Taxpayer ID No: | 75-6800496 |
| For Period Ending: | 01/07/08 |

| Trustee Name: | PHILIP V. MARTINO |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | ******5783  BofA - Money Market Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 10/10/06 | 1 | Linda Kapica | | 52,000.00 | | | | | 52,000.00 |
| 10/19/06 | 000301 | Sandra Haswell | Per court order (10/17/06), administrative expense of $2,000 awarded | | | 2,000.00 | | | 50,000.00 |
| 10/31/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.500 | | 33.39 | | | | 50,033.39 |
| 11/03/06 | 000301 | Sandra Haswell | Stop Payment Reversal  STOP PAY ADD SUCCESSFUL | | | -2,000.00 | | | 52,033.39 |
| 11/03/06 | 000302 | Sandra Haswell | Real Estate fee  The original check 3001 was lost in the mail. | | | 2,000.00 | | | 50,033.39 |
| 11/30/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.500 | | 62.57 | | | | 50,095.96 |
| 12/29/06 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.500 | | 63.81 | | | | 50,159.87 |
| 01/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.500 | | 63.91 | | | | 50,223.78 |
| 02/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.500 | | 57.79 | | | | 50,281.57 |
| 03/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.500 | | 64.05 | | | | 50,345.62 |
| 04/30/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.500 | | 62.08 | | | | 50,407.70 |
| 05/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.500 | | 64.22 | | | | 50,471.92 |
| 06/29/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.500 | | 62.22 | | | | 50,534.14 |
| 07/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.500 | | 64.38 | | | | 50,598.52 |
| 08/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.500 | | 64.46 | | | | 50,662.98 |
| 09/28/07 | INT | BANK OF AMERICA, N.A. | Interest Rate  1.500 | | 62.46 | | | | 50,725.44 |

LFORM2X                                                                                                                                                                         Ver: 12.50

Page: 3

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-00664 -JPC | | Trustee Name: | PHILIP V. MARTINO |
| Case Name: | KAPICA, LINDA A | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | ******5783  BofA - Money Market Account |
| Taxpayer ID No: | 75-6800496 | | | |
| For Period Ending: | 01/07/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 10/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 1.200 | | 60.46 | | | | 50,785.90 |
| 11/26/07 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 41.73 | | | | 50,827.63 |
| 11/26/07 | | Transfer to Acct #*******5958 | Final Posting Transfer | | | | | -50,827.63 | |

LFORM2X                                                                                                                                   Ver: 12.50